UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ACCIDENT INSURANCE COMPANY, INC.** | * | |
| | * | **CIVIL ACTION NO.: 5:19-cv-118** |
| **VERSUS** | * | |
| | * | **JUDGE: S. MAURICE HICKS, JR.** |
| **SHELTER MUTUAL INSURANCE** | * | |
| **COMPANY, ROCKY BEASLEY AND** | * | **MAGISTRATE: HAYES** |
| **TODD MAGEE D/B/A HARVEST** | * | |
| **BUILDERS OF LOUISIANA, LLC** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**NOW COME,** Petitioner, Accident Insurance Company, Inc., and Defendant, Shelter Mutual Insurance Company, through their respective counsel of record and constituting all parties who have appeared to date, and stipulate to dismissal of the Complaint for Declaratory Judgment pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **COOK, YANCEY, KING & GALLOWAY, APLC** | **DEUTSCH KERRIGAN, LLP** |
| BY: ___/s/ Brian A. Homza_____ | BY: ___/s/ Sean P. Mount_____ |
| **BRIAN A. HOMZA, #6980** | **SEAN P. MOUNT, #101507 – T.A.** |
| **brian.homza@cookyancey.com** | **smount@deutschkerrigan.com** |
| 333 Texas St., Suite 1700 | **BRYCE M. ADDISON, #36345** |
| Shreveport, LA 71101 | **baddison@deutschkerrigan.com** |
| Phone: 318-221-6277 | 755 Magazine St. |
| Attorney for defendant, Shelter Mutual Insurance Company | New Orleans, LA 70130 |
| | Phone: 504-581-5141 |
| | Attorneys for plaintiff, Accident Insurance Company, Inc. |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 16 April 2019.

_____/s/ Sean P. Mount_____